**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                          **Cr. No. 11-**

**Jose Reyes
  a/k/a "Tony"**

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[21 U.S.C. §§ 841(a)(1) and 846 -
Conspiracy to Distribute Cocaine and Oxycodone]**

Beginning in or around March, 2010, and continuing through approximately October, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully agreed and conspired with others known and unknown to the grand jury to distribute cocaine, a schedule II controlled substance, and oxycodone (Oxycontin), a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**The Grand Jury further charges:**

## COUNT TWO

**[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]**

On or around April 4, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT THREE

**[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]**

On or around April 6, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT FOUR

**[18 U.S.C. 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]**

On or around April 8, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT FIVE

**[18 U.S.C. 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]**

On or around April 13, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT SIX

**[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]**

On or around April 20, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT SEVEN

**[18 U.S.C. 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]**

On or around April 23, 2010, in the District of New Hampshire, defendant,

**Jose Reyes,
a/k/a "Tony,"**

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

                                         A TRUE BILL.

                                         /s/ Foreperson
                                         FOREPERSON

Dated: February 16, 2011

JOHN P. KACAVAS
United States Attorney


By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney