UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

  v.              Cr. No. 11-

**Jose Reyes a/k/a "Tony"**

## MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and his assistant, Terry L. Ollila, Assistant U.S. Attorney, and hereby moves that the Indictment in the above-captioned case be sealed, at Level II, until such time as the defendant is taken into custody.

                JOHN P. KACAVAS
                United States Attorney


                By: /s/ Terry L. Ollila
                Terry L. Ollila
                Assistant U.S. Attorney
                Bar No. 560603
                55 Pleasant Street
                Concord, N.H. 03301
                (603) 225-1552

Dated: February 16, 2011

Granted: _____   Denied: _____


_____
**Landya B. McCafferty**
**United States District Court**
**Magistrate Judge**