UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Cr. No. 11-

Jose Reyes a/k/a "Tony"

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 16th day of February 2011.

This 16th day of February 2011.

                                      JOHN P. KACAVAS
                                      United States Attorney


                                      /s/ Terry L. Ollila
                                      _____
                                      Terry L. Ollila
                                      Assistant U.S. Attorney

WARRANT ISSUED: _____