UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 16 2011

FILED

IN RE THE MATTER OF:

__Jose Reyes__
(Petitioner's name)

Case No. __11-cr-22-01-JD__
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Jose Reyes__
(name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☒ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel.  A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __5/16/2011__      __Jose Reyes__
                         Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☒ Request Approved.  Appoint counsel.

☐ Request Denied.

Date: __5-16-11__       _____
                        U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)