UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 11-cr-00022-JD-1 |
| ) | |
| JOSE REYES ) | |
| ) | |

## MOTION TO WITHDRAW AND APPOINT NEW COUNSEL

Now comes counsel for the defendant in the above captioned case and hereby requests that this Court issue an Order permitting counsel to withdraw and to appoint new counsel to represent the defendant. Grounds follow:

1. Counsel for the defendant initially appeared before the Court on Monday, May 16, 2011 to represent the defendant at his initial appearance. After interviewing the defendant and upon entering the courtroom counsel was informed that he had a conflict of interest and would not be able to represent the defendant. This was later confirmed after the hearing. Counsel informed the Court that he would be able to represent the defendant at the initial appearance only to the extent that he had advised the defendant of the charges and that the defendant would be pleading not guilty. However, counsel indicated to the Court that he would not be able to further represent the defendant because of a conflict and requested that new counsel be appointed.

2. Subsequent to the hearing on Monday, May 16, 2011 all of the Court notices have been forwarded to counsel. It is therefore not clear whether or not the Court expects counsel to continue to represent the defendant.

3. Counsel for the defendant therefore hereby formally requests that this Court issue an Order permitting him to withdraw as counsel of record and appointing new counsel to represent

the defendant.

4.  No memorandum of law is necessary to the resolution of the issues raised herein.

WHEREFORE, counsel for the defendant requests that he be permitted to withdraw as counsel of record on the above captioned case and further requests that the Court appoint new counsel as soon as possible to assist the defendant in his defense.

Respectfully submitted,
JOSE REYES,
By his attorney,

Date: May 19, 2011

s/s Jonathan R. Saxe
Jonathan R. Saxe (NHBA #8226)
Assistant Federal Public Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. No. 603-226-7360
Jonathan_Saxe@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on the following person on May 18, 2011 and in the manner specified herein: electronically served through ECF to Terry Ollila, AUSA, and a copy hand delivered to USPO Sean Buckley and mailed to the defendant.

s/s Jonathan R. Saxe
Jonathan R. Saxe (NHBA #8226)
Assistant Federal Public Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. No. 603-226-7360
Jonathan_Saxe@fd.org