AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

**SEALED DOCUMENT**

RECEIVED
2011 FEB 17 P 1:15
U.S. MARSHAL
CONCORD

| United States of America | ) |
| v. | ) |
|  | ) Case No. 11-cr-22-01-JD |
| Jose Reyes a/k/a "Tony" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose Reyes a/k/a "Tony",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine & Oxycondone; Distribution of Cocaine; Aiding & Abetting the Distribution of Cocaine

Date: 2/17/2011

*Issuing officer's signature*     Kathy DuPont

City and state:  Concord, New Hampshire

*Printed name and title*   Kathy DuPont, Deputy Clerk

2011 MAY 17
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  5/14/11

*Arresting officer's signature*

*Printed name and title*