UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAY 19 2011
FILED

United States of America

v.

José Reyes

Case No. 11cr22-01-JD

## STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING AND/OR WAIVER OF PRELIMINARY HEARING

[✓]   I hereby stipulate to detention and waive my right to a detention hearing, without prejudice, as provided in:

    ___ 18 U.S.C. 3142(f), pending trial**
    ___ 18 U.S.C. 3148(a), revocation of release/pending trial**
    ___ Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
    ___ Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

[ ]   Having been charged in a (complaint) (petition) pending in this District, I hereby waive my right to a preliminary hearing as provided in Fed.R.Crim.P. 5.1 and Fed.R.Crim.P 32.1(b)(1).

Date: 5/19/11

José Reyes
Defendant

Date: 5/19/11

_____
Counsel for Defendant

STIPULATION APPROVED.

Date: 5-19-11

_____
United States Magistrate Judge
United States District Judge

cc:   US Attorney
      US Marshal
      US Probation
      Defendant's Counsel

---

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31A (5-05)