UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO.  11CR 00022 JD

V.

JOSE REYES

MOTION TO CONTINUE

NOW COMES the accused, Jose Reyes, by and through counsel, and hereby moves this

Court to continue his July 19, 2011 trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1.  The accused is scheduled to appear in this Court on July 19, 2011 for trial.

2.  However, the undersigned counsel will commence a United States District Court trial

on the same date in the case of United States v. Joseph Glazier.  Mr. Glazier's matter

stems from a 2010 Indictment.  In addition, there are co-defendants in this matter and

Mr. Glazier's trial will take approximately one week.

3.  Further, the undersigned counsel needs additional time to prepare for the accused's

trial.

4.  That the accused is aware of the within Motion.

5.  That the United States Attorney's Office assent to the within Motion.

6.  That the undersigned counsel will be on vacation from August l to August l5, 2011.

WHEREFORE, the accused respectfully requests that this Court grant the within

Motion.

> Respectfully submitted,
> Jose Reyes,
> By his Attorney,


Date:  June 30, 2011        /S/Paul J. Garrity_____
                            Paul J. Garrity
                            14 Londonderry Road
                            Londonderry, NH 03503
                            434-4l06
                            Bar No. 905

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 30th day of June, 2011, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.


/S/Paul J. Garrity_____
Paul J. Garrity