UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
D... ...H

2011 JUL -7 A 11: 10

UNITED STATES

V.

JOSE REYES

NO. 11CR00022JD

WAIVER OF SPEEDY TRIAL

I, Jose Reyes, hereby waive my right to a speedy trial.

_____  7/5/11   Jose Reyes
Witness                  Date     Jose Reyes