```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 11-cr-22-01-JD

Jose Reyes


O R D E R

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Trial is continued to the two-week period beginning October 18, 2011, 9:30 AM.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  */s/ Joseph A. DiClerico, Jr.*
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: July 7, 2011

cc:  Paul Garrity, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation