UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO.  11CR 00022 JD

V.

JOSE REYES

## MOTION TO CONTINUE

NOW COMES the accused, Jose Reyes, by and through counsel, and hereby moves this Court to continue his October 18, 2011 trial for a period of sixty (60) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on October l8, 2011 for trial.

2. However, the undersigned counsel needs additional time to prepare for trial in this matter.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Jose Reyes,
        By his Attorney,

Date: September 29, 2011    /S/Paul J. Garrity_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03503
        434-4l06
        Bar No. 905

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 29th day of September, 2011, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.

        /S/Paul J. Garrity_____
        Paul J. Garrity