U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2011 SEP 30 P 1:02

I, Jose Reyes, hereby waive my right to a speedy trial.

_[signature]_
INTERPRETER

Jose Reyes
Jose Reyes
9/27/11