UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.        Criminal No. 11-cr-22-01-JD

Jose Reyes

O R D E R

  The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted in the interest of justice based on representations made in the motion. Trial is continued to the two-week period beginning March 20, 2012, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              /s/ Joseph A. DiClerico, Jr.
              Joseph A. DiClerico, Jr.
              United States District Judge

Date: November 21, 2011

cc: Paul Garrity, Esq.
  Terry Ollila, Esq.
  U.S. Marshal
  U.S. Probation