U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2011 NOV 22 P 1:29

I, Jose Reyes, hereby waive my right to a speedy trial.

_(signature)_
INTERPRETER

Jose Reyes
Jose Reyes
11/18/11