UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                       ) | No.  1:11-cr-22-01-JD |
| ) | |
| JOSE REYES                                    ) | |
|   A/K/A TONY                                   ) | |
| ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§  841 and 846 - Conspiracy to Distribute Cocaine and Oxycodone]

Beginning in or about June, 2005, and continuing to in or about March, 2011, in the District of New Hampshire and the District of Massachusetts, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully agreed and conspired with others known and unknown to the grand jury to distribute cocaine, a schedule II controlled substance, and oxycodone (Oxycontin), a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(B)(ii), 841(b)(1)(C), and 846.

The Grand Jury further charges:

## COUNT TWO

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 4, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT THREE

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 6, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT FOUR

[18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]

On or about April 8, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT FIVE

[18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]

On or about April 13, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT SIX

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 20, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT SEVEN

[18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) -
Aiding and Abetting the Distribution of Cocaine]

On or about April 23, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully aided and abetted the distribution of cocaine, a schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

Dated: March 7, 2012

                                        A TRUE BILL.

                                        /s/ Foreperson
                                        Grand Jury Foreperson

JOHN P. KACAVAS
United States Attorney


By: /s /Terry L. Ollia
Terry L. Ollila
Assistant U.S. Attorney