UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.            No. 1:11-cr-22-01-JD

Jose Reyes a/k/a "Tony"

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of March 2012.

This 7th day of March 2012.

JOHN P. KACAVAS
United States Attorney

/s/ Terry L. Ollila

Terry L. Ollila
Assistant U.S. Attorney

WARRANT ISSUED: _____