UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO. 11CR 00022 JD

V.

JOSE REYES

## MOTION TO CONTINUE

NOW COMES the accused, Jose Reyes, by and through counsel, and hereby moves this Court to continue his March 20, 2012, trial.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on March 20, 2012, for trial.

2. That the undersigned counsel is asking for more time to prepare as the result of the supeceding indictment, as the result of the in-chamber conference on March 5, 2012. A new trial date has been agreed upon by both parties, new Trial date set for May 15, 2012.

3. That the defendant is aware of the within Motion.

4. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Jose Reyes,
By his Attorney,

Date: March 9, 2012

/S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503
434-4l06
Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of March, 2012, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.

/S/Paul J. Garrity_____
Paul J. Garrity