AO 442 (Rev 01/09) Arrest Warrant



RECEIVED
U.S. MARSHAL
CONCORD, NH

2012 MAR -8 PM 12: 39

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:11-cr-22-01-JD |
| Jose Reyes a/k/a "Tony" | ) |
| Defendant | ) |

2012 MAR 19 A 8:
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jose Reyes a/k/a "Tony"

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ☑ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine & Oxycondone; Distribution of Cocaine; Aiding & Abetting the Distribution of Cocaine

Date: 3/8/2012

_Kathy DuPont_
Issuing officer's signature

City and state:   Concord, New Hampshire

Kathy DuPont, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 3/8/12, and the person was arrested on *(date)* 3/15/12
at *(city and state)*   Concord, NH

Date: 3/15/12

_signature_
Arresting officer's signature

Jamie J Berry DUSM
Printed name and title