U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAR 20 2012
FILED

11Cr22-1-JD

I, Jose Reyes, hereby waive my right to a speedy trial.

Jose Reyes
Jose Reyes
3/15/12