After meeting with my
attorney Paul Garrity on 4/6/12
I want to take back my request
to have Mr. Garrity taken off my
case and would like him to
remain as my attorney.

Raymond
INTERPRETER

Jose Reyes.
Jose Reyes
4/6/12