I, Jose Reyes, hereby waive my right to a speedy trial.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 MAY -7 P 1:47

_____
INTERPRETER

_____
Jose Reyes
5/3/12