UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v. DOCKET # 1: 11cr-00022JD

JOSE REYES

MOTION TO TERMINATE CURRENT COUNSEL
AND REQUEST THE COURT TO APPOINT NEW COUNSEL

Comes now Jose Reyes hereinafter Mr. Reyes, pro se, who moves in this honorable court to terminate current counsel of record Mr. Paul Garrity. And respectfully requests this honorable court to appoint new counsel. As grounds for this said motion Mr. Reyes states the following:

1. Mr. Reyes is unhappy with court appointed counsel Mr. Paul Garrity.

2. The attorney client relationship has broken down and cannot be repared. Nor has it been a good productive working relationship from the duration of this case.

WHEREFORE, for the foregoing reasons, undersigned respectfully requests that this Honorable court:

A. Conduct a hearing on this matter to address the reasons of said motion more indepth.

B. Grant said motion to terminate current counsel and appiont new counsel.

C. Provide for any other relief that is equitable and

just.

                                                                   Respectfully submitted

                                                                Mr. Jose Reyes, pro se

                                                                *Jose Reyes* (signature)

June 4, 2012                                    By:Mr.Jose Reyes, pro se

                                                           266 county farm RD

                                                           Dover, NH 03820

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was mailed to Terry L. Ollila, counsel of record for the government, and to US district court clerk, by united states postal service.

                                                           *Jose Reyes* (signature)

June 4, 2012                                    Mr. Jose Reyse, pro se

Clerk of court
55 pleasant st
Concord, NH 03301

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUN -5 A 8:07

RE: United States v. Jose Reyes

Docket # 1:11cr-00022JD

Dear clerk of court please find enclosed for filling with the court : Motion to terminate current counsel and request for court to appoint new counsel. A copy has also been mailed to Terry L. Ollila, attorney of record for the government. I thank you for your attention to this matter.

June, 4 2012

Sincerely,

Mr. Jose Reyes

*Jose Reyes*

266 county farm rd
Dover, NH 03820