# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

US

v.

Reyes

Case #  11cr22-1-JD

**EXHIBITS**

OFFERED BY:  A

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Mr. Reyes reasons for new counsel |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)