UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. ) No. 1:11-cr-22-01-JD
)
JOSE REYES )
A/K/A TONY )
)

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

[21 U.S.C. §§ 841 and 846 - Conspiracy to Distribute Cocaine and ~~Oxycodone~~] *Strike* ←

Beginning in or about June, 2005, and continuing to in or about March, 2011, in the District of New Hampshire and the District of Massachusetts, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully agreed and conspired with others known and unknown to distribute cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(B)(ii), 841(b)(1)(C), and 846.

The United States Attorney further charges:

## COUNT TWO

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 4, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges:

## COUNT THREE

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 6, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges:

## COUNT FOUR

[21 U.S.C. § 841(a)(1) - Distribution of Cocaine]

On or about April 20, 2010, in the District of New Hampshire, defendant,

Jose Reyes,
a/k/a "Tony,"

knowingly, intentionally and unlawfully distributed cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

Dated: June 8, 2012

JOHN P. KACAVAS
United States Attorney

By: _____
Terry L. Ollila
Assistant U.S. Attorney