AO 455 (Rev 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  11-22-01-JD |
| | ) | |
| Jose Reyes | ) | |
| *Defendant* | ) | |

*U.S. DISTRICT COURT*
*DISTRICT OF NEW HAMPSHIRE*
*JUN 08 2012*
**FILED**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/8/12

*Jose Reyes*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Paul J. Garrity
Printed name of defendant's attorney

*[signature]*
Judge's signature

Judge's printed name and title

6-8-12