IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

        v.        1:11-cr-22-01-JD

JOSE REYES

## NOTICE OF SUBSTITUTE COUNSEL

Enter my appearance as replacement counsel for the United States in the above-entitled case.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ Donald Feith
Donald Feith
Assistant U.S. Attorney
N.H. Bar No. 783
53 Pleasant Street, 4th Floor
Concord, NH  03301
603-225-1552
donald.feith@usdoj.gov

DATE: August 7, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via ECF to Paul Garrity, Esq., 14 Londonderry Road, Londonderry, NH 03053, counsel for defendant.

/s/ Donald Feith
Donald Feith, AUSA