UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO. 11CR 00022 JD

V.

JOSE REYES

## MOTION TO CONTINUE

NOW COMES the accused, Jose Reyes, by and through counsel, and hereby moves this Court to continue his September 13, 2012, Sentencing Hearing.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on September 13, 2012, for his Sentencing Hearing.

2. That the accused has had a long term drug problem that he would like to address by entering the TC Program.

3. If the defendant is allowed into the TC Program, he will not be able to complete it before the September 13, 2012, Sentencing Hearing date.

4. That the defendant is aware of the within Motion.

5. That the United States Attorney's Office objects to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Jose Reyes,
By his Attorney,

Date:  August 30, 2012          /S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503

        434-4l06
        Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 30th day of March, 2012, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.

        /S/Paul J. Garrity_____
        Paul J. Garrity