**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.  1:11-cr-22-JD** |
| | ) | |
| **JOSE REYES** | ) | |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING FOR ONE WEEK

The United States of America, by John P. Kacavas, United States Attorney for the

District of New Hampshire, moves to continue the October 24, 2012 sentencing in this case for

one week.  In support of its objection, the United States avers:

The undersigned counsel is trying the case of *United States v. Christopher Mullins*, 1:12-

cr-8-JAW in Bangor, Maine, from October 22, 2012 through October 25, 2012.  Because of the

procedural history of the instant case, undersigned counsel is in the best position to represent the

United States at the sentencing hearing.  Accordingly, the United States respectfully requests that

the sentencing hearing be continued to sometime during the week of October 29, 2012.

Counsel for the defendant assents to this motion.

<div style="margin-left:50%">

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

/s/ Donald Feith
First Assistant U.S. Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
Donald.Feith@usdoj.gov

</div>

1

## CERTIFICATION

I hereby certify that a copy of this objection was served electronically, though ECF, on Paul J. Garrity, Esquire, 14 Londonderry Road, Londonderry, New Hampshire, 03503, counsel for Jose Reyes, on October 21, 2012.

/s/ Donald Feith
First Assistant U.S. Attorney