UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO. 11CR 00022 JD

V.

JOSE REYES

## NOTICE OF APPEAL

NOW COMES the defendant, Jose Reyes, by and through counsel, and hereby notifies this Court that he wishes to appeal the sentence imposed on him by this Court on February 12, 2013.

Respectfully submitted,
Jose Reyes,
By his Attorney,

Date: February 14, 2013

/S/Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503
603-434-4l06
Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 14th day of February, 2013, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.

/S/Paul J. Garrity
Paul J. Garrity