UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

NO. 11CR 00022 JD

V.

JOSE REYES

## MOTION TO AMEND SENTENCE

NOW COMES the defendant, Jose Reyes, by and through counsel, and hereby moves this Court to Amend his Sentencing Judgment to include a judicial recommendation to the Bureau of Prisons that the defendant be designated to serve his term of imprisonment either at Fort Devens in Massachusetts, or the Federal Prison in Berlin, New Hampshire.

In support of this motion, the defendant states as follows:

1. The defendant was sentenced by this Court on February 12, 2013, to a term of imprisonment of 120 months.
2. The defendant inadvertently did not request that this Court recommend to the Bureau of Prisons that he serve his term of imprisonment either at Fort Devens in Massachusetts, or the Federal Prison in Berlin, New Hampshire.
3. The defendant's ties are to Massachusetts and New Hampshire and accordingly submits that a recommendation to either of the above referenced facilities is appropriate.
4. The Government does not object to this motion.

WHEREFORE, the defendant respectfully request that this Motion be granted and that his Sentencing Judgment be amended to include a Judicial Recommendation to the Bureau of Prisons that he serve the term of imprisonment either at Fort Devens in Massachusetts or the Federal Prison in Berlin, New Hampshire.

Respectfully Submitted,
Jose Reyes
By His Attorney

DATE:         February 14, 2013                    /S/Paul J. Garritty_____

Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 14th day of February, 2013, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.

/S/Paul J. Garrity_____
Paul J. Garrity