UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal No. 11-cr-22-01-JD

<u>Jose Reyes</u>


CLERK'S CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

      I, Deb Eastman-Proulx, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the abbreviated record on appeal:

      DOCUMENTS NUMBERED:   69, 71, 72, 73, 74

The Presentence Investigation Report is also forwarded under seal – Documents 60 and 68.

                                              IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, February 20, 2013

                                              **JAMES R. STARR, Clerk**

                                              **By: /s/ Deb Eastman-Proulx, Deputy Clerk**
                                                **Feb 20, 2013**

cc:    Paul Garrity, Esq.
          Donald Feith, Esq.