UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.

<u>Jose Reyes</u>

Case No. 11-cr-22-01-JD

<u>ORDER</u>

Re: Document No. 76, Motion to Exceed Statutory Fee Limits

Ruling: Motion granted. Defendant was facing a significant sentence and government had filed a notice of sentencing enhancement. He was a difficult client for counsel to deal with and at one point court held a hearing on his request for new counsel. There were issues concerning the sentencing enhancement due to the filing of a superseding indictment, the validity of a MA conviction due to improper conduct by a lab technician, and erroneous penalties stated in the original plea agreement that had to be amended. The significant time which counsel had to spend in bringing this matter to a conclusion was necessary to provide the defendant with adequate representation and the excess fee is necessary to provide counsel with fair compensation.

Date: April 1, 2013

<u>/s/ Joseph A. DiClerico, Jr.</u>
Joseph A. DiClerico, Jr.
United States District Judge