**UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEW HAMPSHIRE**

**United States of America**

**v.**                                                                         Case No. 11-cr-022-01-JD

**Jose Reyes**

                                       **N O T I C E**

    At sentencing in the above-captioned case, the court ordered that, as a condition of supervised release, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the United States Probation Office, pursuant to 42 U.S.C. § 14135a.  Due to a clerical error, however, that specific condition of supervised release was not included in the Judgment dated February 14, 2013, or the Amended Judgment dated February 19, 2013.  Thus, consistent with Fed. R. Crim. P. 36, this Clerk's Notice is intended to inform the parties of the intention of the sentencing judge to issue a Second Amended Judgment that will include the previously mentioned omitted condition of supervised release.

    While no responsive pleading is required, the parties have fourteen (14) days from the date of this notice to file a pleading providing a factual or legal basis why the court should

not issue the contemplated corrective Second Amended Judgment. Absent cause shown by a party within this time period, the sentencing judge will enter a Second Amended Judgment as indicated above.

                                        By Order of the Court,

May 10, 2013                        /s/James R. Starr
                                        James R. Starr
                                        Clerk of Court

cc:   Counsel of Record