UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                    Criminal No. 11-cr-22-01-JD

<u>Jose Reyes</u>

CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

     I, Deb Eastman-Proulx, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following document constitutes the supplemental record on appeal to the First Circuit Court of Appeals:

     DOCUMENTS NUMBERED:   81 - Amended Judgment

                                                      IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, June 12, 2013

                                                      **JAMES R. STARR**, Clerk

                                                        By: /s/ Deb Eastman-Proulx, Deputy Clerk

                                                             **Jun 12, 2013**

cc:    Paul Garrity, Esq.
         Donald Feith, Esq.