UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

V.

NO. 11CR 00022 JD

JOSE REYES

## MOTION TO EXCEED

NOW COMES the accused, Jose Reyes, by and through counsel, and hereby moves this Court to grant this Motion to Exceed.

In support of this Motion, the accused states as follows:

1. The cap fee of $800.00 for the services of the interpreter/translator with regard to this case was exceeded.

2. That given the inability of the accused to speak English, and the inability of the undersigned counsel to speak Spanish, the services for this interpreter/translator were necessary.

3. That the defendant is aware of the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion to Exceed.

Respectfully submitted,
Jose Reyes,
By his Attorney,

Date: October 17, 2013

Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503
603-434-4106
Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 16th day of October, 2013, a copy of the within was mailed, postage prepaid, to the U.S. Attorney's Office and Jose Reyes.

_____
Paul J. Garrity