# United States Court of Appeals
## For the First Circuit

No. 13-1254

UNITED STATES

Appellee

v.

JOSE REYES, a/k/a Tony

Defendant - Appellant

**MANDATE**

Entered: October 28, 2014

     In accordance with the judgment of October 6, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Donald A. Feith
Paul J. Garrity
Jose Reyes